IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-319-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ANTHONY TEDDY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on its own initiative, upon further consideration of issues raised at June 24, 2020 trial scheduling conference memorialized in order the same date setting trial for August 13, 2020. Where another criminal case set for trial the week of July 13, 2020, was the subject this morning of hearing upon defendants' motion to continue, and that motion was allowed, and defendant in this case requested trial commencing before July 17, 2020, the court now is in a position to grant his request. Accordingly, the court SETS ASIDE its June 24, 2020, trial scheduling order and instead hereby ORDERS that jury trial of estimated length of two days is set to commence at New Bern on July 15, 2020, at 9:00 a.m. Not later than July 1, 2020, the parties shall file any motions in limine, with any responses due within seven days of filing thereof. Not later than July 8, 2020, the parties shall file their proposed jury instructions and voir dire. The court finds that setting trial in this manner serves the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the 26th day of June, 2020.

LOUISE W. FLANAGAN
United States District Judge